# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:13cv108

| | |
|---|---|
| JUDITH GENTRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| MAGGIE VALLEY RESORT ) | |
| MANAGEMENT, LLC, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Pending before the Court are the Motions to Seal [# 24 & # 27]. Upon a review of the docket, the parties' briefs, and the relevant case law, the Court **GRANTS** the Motions [# 24 & # 27]. The Court **DIRECTS** the Clerk to place under seal the exhibits that Plaintiff previously filed under seal [# 22, # 23, & # 28]. These documents shall remain under seal with access restricted to the Court and attorneys for the parties in this action until the Court directs otherwise. Any party may move to unseal these documents at any time.

Signed: December 18, 2013

_____
Dennis L. Howell
United States Magistrate Judge