# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:13cv108

| | |
|---|---|
| JUDITH GENTRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| MAGGIE VALLEY RESORT ) | |
| MANAGEMENT, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

Pending before the Court is the Motion to Seal [# 36]. The Court **DENIES** the Motion to Seal [# 36] for failure to comply with the Local Rules. The Court **DIRECTS** the Clerk to **STRIKE** the Sealed Documents [# 35] from the record and to **STRIKE** the Sealed Response [# 34]. Going forward, any motion to seal must be filed at least ten (10) days prior to filing any brief or documents under seal, must be supported by a legal brief setting forth a legal argument demonstrating that sealing the documents is necessary and proper under the relevant legal authority, and include a certification that counsel has conferred with opposing counsel prior to filing the motion.

Signed: December 23, 2013

Dennis L. Howell
United States Magistrate Judge