IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13cv108

| | | |
|---|---|---|
| JUDITH GENTRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MAGGIE VALLEY RESORT | ) | |
| MANAGEMENT, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Pending before the Court is the Motion for Protective Order [# 38]. The Court **DIRECTS** the parties that it will hear argument on the pending motion at the previously scheduled hearing on January 6, 2014, at 10:00 a.m. in Courtroom 2 at the United States District Court Western District of North Carolina, Asheville Division, 100 Otis Street, Asheville, North Carolina. The Court **INSTRUCTS** the parties that it may award costs, including attorney's fees, in ruling on the pending motion.

Signed: December 31, 2013

Dennis L. Howell
United States Magistrate Judge

-1-