UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:13-cv-00108-MOC-DLH

| | |
|---|---|
| JUDITH GENTRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | ) ORDER |
| | ) |
| MAGGIE VALLEY RESORT MANAGEMENT, LLC; EAST WEST PARTNERS CLUB MANAGEMENT COMPANY, INC.; AND JAY MANNER, | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER** is before the court on defendant MVRM's Motion for Summary Judgment (#57), EWPCMC, Defendant Manner's Motion for Summary Judgment (#61), and defendants' joint Motion to Strike (#78). Having considered those motions and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Clerk of Court schedule MVRM's Motion for Summary Judgment (#57), EWPCMC, Defendant Manner's Motion for Summary Judgment (#61), and defendants' joint Motion to Strike (#78) for oral arguments at the court's next available hearing day in Asheville.

Signed: June 9, 2014

Max O. Cogburn Jr.
United States District Judge