UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:13-cv-00108-MOC-DLH

| | |
|---|---|
| JUDITH GENTRY, | ) |
| Plaintiff, | ) |
| Vs. | ) VERDICT |
| EAST WEST PARTNERS CLUB MANAGEMENT COMPANY, INC.; MAGGIE VALLEY RESORT MANAGEMENT, LLC; JAY MANNER, | ) |
| Defendants. | ) |

1. Was Plaintiff's gender a substantial or motivating factor in Defendant Maggie Valley's decision to terminate Plaintiff's employment? \_\_\_\_\_ Yes  _X_ No

   *[If you answer Issue 1 "yes," answer Issue 1A. If you Answer Issue 1 "no," go on and answer Issue 2]*

   A. Would Defendant Maggie Valley have made the same decision to terminate Plaintiff's employment even if Plaintiff was a male? \_\_\_\_\_ Yes \_\_\_\_\_ No

   *[If you answer Issue 1A., "yes," go on and answer Issue 2. If you Answer Issue 1A. "no," answer Issue 1B and 1C.]*

   B. What amount of back pay, if any, is Plaintiff entitled to recover from Defendant Maggie Valley? _____

   C. What Amount of Compensatory Damages is Plaintiff entitled to recover from Defendant Maggie Valley? _____

1

2. Was Plaintiff's gender a substantial or motivating factor in Defendant East West's decision to terminate Plaintiff's employment? _____ Yes __X__ No

    *[If you answer Issue 2 "yes," answer Issue 2A. If you Answer Issue 2 "no," go on and answer Issue 3]*

    A. Would Defendant East West have made the same decision to terminate Plaintiff's employment even if Plaintiff was a male? _____ Yes _____ No

        *[If you answer Issue 2A., "yes," go on and answer Issue 3. If you Answer Issue 2A. "no," answer Issue 2B and 2C.]*

    B. What amount of back pay, if any, is Plaintiff entitled to recover from Defendant East West? _____

    C. What Amount of Compensatory Damages is Plaintiff entitled to recover from Defendant East West? _____

3. Was Plaintiff's disability, a record of disability, or a perception by Maggie Valley that plaintiff had a disability, the "but for" reason Defendant Maggie Valley terminated Plaintiff's employment? _____ Yes __X__ No

    *[If you answer Issue 3 "yes," answer Issue 3A and 3B. If you Answer Issue 3 "nos," go on and answer Issue 4 ]*

    A. What amount of back pay, if any, is Plaintiff entitled to recover from Defendant Maggie Valley? _____

    B. What Amount of Compensatory Damages is Plaintiff entitled to recover from Defendant Maggie Valley? _____

4. Was Plaintiff's disability, a record of disability, or a perception by East West that plaintiff had a disability, the "but for" reason defendant East West terminated Plaintiff's employment? _____ Yes __X__ No

   *[If you answer Issue 4 "yes," answer Issue 4A. If you Answer Issue 4 "no," go on and answer Issue 5]*

   A. What amount of back pay, if any, is Plaintiff entitled to recover from Defendant East West? _____

   B. What Amount of Compensatory Damages is Plaintiff entitled to recover from Defendant East West? _____

5. Did Defendant Maggie Valley terminate Plaintiff's employment in retaliation for filing a workers' compensation claim? _____ Yes __X__ No

   *[If you answer Issue 5 "yes," answer Issue 5A. If you Answer Issue 5 "no," go on and answer Issue 6 ]*

   A. Would Defendant Maggie Valley have made the same decision to terminate Plaintiff's employment even if Plaintiff did not file a workers' compensation claim? _____ Yes _____ No

   *[If you answer Issue 5A. , "yes," go on and answer Issue 6. If you Answer Issue 5A. "no," answer Issue 5B.]*

   B. What amount of damages, if any, is Plaintiff entitled to recover from Defendant Maggie Valley? _____

3
Case 1:13-cv-00108-MOC-DLH   Document 159   Filed 09/12/14   Page 3 of 5

6. Did Defendant East West terminate Plaintiff's employment in retaliation for filing a workers' compensation claim? _X_ Yes ___ No

   *[If you answer Issue 6 "yes," answer Issue 6A. If you Answer Issue 6 "no," go on and answer Issue 7]*

   A. Would Defendant East West have made the same decision to terminate Plaintiff's employment even if Plaintiff did not file a workers' compensation claim?

   ___ Yes _X_ No

   *[If you answer Issue 6A, "yes," go on and answer Issue 7. If you Answer Issue 6A. "no" answer Issue 6B.]*

   B. What amount of damages, if any, is Plaintiff entitled to recover from Defendant East West? $10,000.

7. Did defendant East West Partners Club Management Co., Inc. tortiously interfere with a valid contract of employment between plaintiff and Maggie Valley? _X_ Yes ___ No

   *[If you answer Issue 7 "yes," answer Issue 7A.]*

   A. What amount of damages is plaintiff entitled to recover from defendant East West Partners Club Management Co., Inc. for tortious interference with contract? $5,000.

8. Did defendant Jay Manner tortiously interfere with a valid contract of employment between plaintiff and Maggie Valley? _X_ Yes ___ No

   [If you answer Issue 8 "yes," answer Issue 8A.]

4

A. What amount of damages is plaintiff entitled to recover from defendant Jay Manner for tortious interference with contract? $5,000.

This, the 12th day of September, 2014.

FOREPERSON