UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:13-cv-00108-MOC-DLH

| | | |
|---|---|---|
| **JUDITH GENTRY,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | **JUDGMENT** |
| | ) | |
| **EAST WEST PARTNERS CLUB** | ) | |
| **MANAGEMENT COMPANY, INC.;** | ) | |
| **MAGGIE VALLEY RESORT MANAGEMENT,** | ) | |
| **LLC; AND JAY MANNER,** | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** having come before the court for trial, and the jury having returned its Verdict, and consistent with such Verdict,

**IT IS, THEREFORE, ORDERED, ADJUDGED, and DECREED** that **JUDGMENT** is **ENTERED** in favor of Plaintiff **JUDITH GENTRY** and against

(1) Defendant **EAST WEST PARTNERS CLUB MANAGEMENT COMPANY, INC.** providing that plaintiff have and take of this defendant $15,000.00 as compensatory damages, plus interest thereupon accruing at the federal Judgment Rate from the date of entry of this judgment; and

(2) Defendant **JAY MANNER** providing that plaintiff have and take of this defendant $5,000.00, as compensatory damages, plus interest thereupon accruing at the federal Judgment Rate from the date of entry of this judgment.

**IT IS FURTHER ORDERED, ADJUDGED, and DECREED** that **JUDGMENT** is entered in favor of Defendant **MAGGIE VALLEY RESORT MANAGEMENT, LLC.,** and against Plaintiff **JUDITH GENTRY** providing that plaintiff have and take nothing of this defendant.

This action is otherwise **DISMISSED**.

Signed: September 15, 2014

Max O. Cogburn Jr.
United States District Judge