UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:13-cv-00108-MOC-DLH

| | | |
|---|---|---|
| JUDITH GENTRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| EAST WEST PARTNERS CLUB MANAGEMENT COMPANY, INC. MAGGIE VALLEY RESORT MANAGEMENT, LLC; AND JAY MANNER, | ) ) ) ) ) ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on the Motion for Attorney Fees (#167), Motion to Stay Execution (#169), Motion for Leave to File Excess Pages (#170), and Motion to Accept Affidavits (#188). The motions for leave to file excess pages and to accept affidavits will be granted as a matter of course, and the substantive motions for attorney's fees and to stay execution will be calendared for oral arguments.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Motion for Leave to File Excess Pages (#170) and Motion to Accept Affidavits (#188) are GRANTED, and the Motion for Attorney Fees (#167) and Motion to Stay Execution (#169) be calendared by the Clerk of Court for hearing in Asheville during the next available regular hearing date.

Signed: November 17, 2014

Max O. Cogburn Jr.
United States District Judge