UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:13-cv-00108-MOC-DLH

| | | |
|---|---|---|
| **JUDITH GENTRY,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **EAST WEST PARTNERS CLUB** | ) | |
| **MANAGEMENT COMPANY, INC.** | ) | |
| **MAGGIE VALLEY RESORT MANAGEMENT,** | ) | |
| **LLC; AND JAY MANNER,** | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on plaintiff's Motion for a New Trial. Having considered plaintiff's motion and reviewed the pleadings, including the responses and replies of the parties, and determined that plaintiff received a fair trial on all claims and that the jury was properly instructed, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion for a New Trial (#177) is **DENIED**.

Signed: November 18, 2014

Max O. Cogburn Jr.
United States District Judge

-1-